People v Bentley (2025 NY Slip Op 05445)

People v Bentley

2025 NY Slip Op 05445

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025

PRESENT: MONTOUR, J.P., OGDEN, GREENWOOD, NOWAK, AND DELCONTE, JJ. (Filed Oct. 3, 2025.)

KA 24-00336.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

v

FAJAH R. BENTLEY, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER

Motion for writ of error coram nobis denied.